No. 367. VOCI *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 391. BENTON *v.* VINSON ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Thaddeus G. Benton* for petitioner. *Leo T. Kissam* for Searls, respondent.

No. 392. COSCIA *v.* WILLARD, DEPUTY COMMISSIONER, UNITED STATES DEPARTMENT OF LABOR, BUREAU OF EMPLOYEES' COMPENSATION, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Philip F. Di Costanzo* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Robert S. Green* for the Deputy Commissioner, respondent.

No. 407. SULENTICH *v.* INTERLAKE STEAMSHIP Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *James A. Dooley* for petitioner. *Harlan L. Hackbert* for respondent.

No. 85, Misc. BELL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.